UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ORLANDO SANCHEZ DE TAGLE,

    Plaintiff,

v.

DERICK NGUYEN,

    Defendant.

Case No. 25-cv-01886-VKD

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On March 5, 2025, the Court issued an order screening Mr. Sanchez de Tagle's complaint, staying service of process, and giving Mr. Sanchez de Tagle leave to file an amended complaint by March 28, 2025. Dkt. No. 5. The order stated that "[i]f Mr. Sanchez de Tagle fails to file an amended complaint in time," then his complaint would be subject to dismissal. *Id*. at 1, 4-5. The March 28, 2025 deadline has passed, and the docket indicates that Mr. Sanchez de Tagle has not filed an amended complaint.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co*., 370 U.S. 626, 629-33 (1962). By **April 25, 2025**, Mr. Sanchez de Tagle shall file a written response to this order explaining why this action should not be dismissed for his failure to prosecute his case. If Mr. Sanchez de Tagle does not respond to this order by the April 25, 2025 deadline, the Court will issue an order reassigning this action to a district judge with a recommendation that the complaint

///

///

///

1  be dismissed for failure to prosecute and/or to comply with court orders.

2  **IT IS SO ORDERED.**

3  Dated: April 11, 2025

Virginia K. DeMarchi
United States Magistrate Judge